**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 95-6606**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

GEORGE LEE KOSKO,

Defendant - Appellant.

———————————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James C. Turk, District Judge. (CR-87-48-R, CA-94-233-R)

———————————

Submitted:  November 14, 1995          Decided:  April 12, 1996

———————————

Before WILKINSON, Chief Judge, and NIEMEYER and LUTTIG, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Susan Graham James, Montgomery, Alabama, for Appellant.  Karen Breeding Peters, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying his 28 U.S.C. § 2255 (1988) motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. United States v. Kosko, Nos. CR-87-48-R; CA-94-233-R (W.D. Va. Mar. 31, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED